UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23–cv–01738–MWF–RAO | Date | March 13, 2024 |
| Title | RAYMOND DOUGLAS, M.D., PH.D. V. CALIFORNIA PHYSICIANS SERVICE ET AL | | |

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

   In light of the Notice of Settlement filed 3/08/2024, the Court sets a hearing on Order To Show Cause Re Dismissal for April 29, 2024 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

   **IT IS SO ORDERED.**

Initials of Clerk: rs