JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DOUGLAS, M.D., Ph.D.,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA PHYSICIANS SERVICE, et al.,<br><br>        Defendants. | Case No. CV 23-1738-MWF(RAOx)<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION |

The Court has reviewed the parties' Joint Stipulation for Dismissal of Entire Action, filed May 22, 2024. (Docket No. 45). For good cause shown, the Stipulation is approved. The entire action, including all claims asserted therein against all parties, is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: May 23, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge